**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

**NOTICE TO ATTORNEY**

Old Civil Case No.: 0:00-cv-2363(DSD/JMM
New Civil Case No.: 0:00-cv-2363(DSD/SRN)

**IN RE: Notice of Reassignment of Magistrate Judge**

The Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan R. Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at #651-848-1200.

**DATED:** July 14, 2005

**s/Richard D. Sletten**

**Richard D. Sletten, Clerk**