UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2363 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YVETTE O. BUTLER,<br><br>Defendant, | **GARNISHMENT STIPULATION** |

The parties named above, the United States of America, plaintiff, and Yvette O. Butler, defendant, hereby stipulate and agree that:

1. Defendant agrees that, as of the date of the signing of this stipulation, the debt balance owed plaintiff by the defendant is $11,038.89 principal, and interest in the amount of $166.17. This debt continues to accrue postjudgment interest at a rate of 5.440% per annum.

2. Defendant agrees to pay the debt outlined above by voluntary continuing garnishment of her wages in the amount of $213.72 per month until the judgment is paid in full.

3. Plaintiff may serve financial discovery annually and may, after 12 months from the date of this stipulation, increase the amount of the garnishment to no more than 25% of the defendant's non-exempt disposable earnings as set forth in the Federal Debt Collection Procedures Act.

4. The plaintiff may pursue administrative offsets,

including those by the Internal Revenue Service and the defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

Dated: 12-22-05

THOMAS B. HEFFELFINGER
United States Attorney

s/Joan Humes (for)
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

s/Yvette Butler___________
YVETTE O. BUTLER, pro se
Defendant