UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2363 DSD/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YVETTE O. BUTLER,<br><br>Defendant,<br><br>TARGET CORPORATION,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Yvette O. Butler, the judgment debtor, and
Target Corporation, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Yvette O. Butler.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about July 25, 2005. Pursuant to the Writ of Garnishment, the garnishee filed an Answer of Garnishee on or about November 30, 2005. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to a Stipulation filed on December 22, 2005, the garnishee has withheld the sums reflected on the attached payment history.

Dated: January 8, 2007

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600