# PAYMENT HISTORY REPORT

RUN DATE: 05-JAN-2007 FOR: 2000Z00864/001 

DEBTOR: Butler, Yvette O.

COURT NUMBER: 00-2363 DSD/SRN

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0036 | PMNT | T | 30-AUG-2005 | GR/G | TARGET | MN /05/219 | 137 | | | $199.44 | 30-AUG-2005 |
| 0036 | PMNT | WA | 30-AUG-2005 | GR/G | TARGET | MN /05/219 | 137 | | | $19.08 | 30-AUG-2005 |
| 0037 | PMNT | WA | 06-SEP-2005 | GR/G | TARGET CORP | MN /05/224 | 1570870 | | | $629.07 | 06-SEP-2005 |
| 0039 | PMNT | WA | 27-DEC-2005 | GR/G | Target | MN /06/058 | 2690 | | | $464.86 | 27-DEC-2005 |
| 0040 | PMNT | WA | 27-DEC-2005 | GR/G | Target | MN /06/058 | 6889 | | | $105.65 | 27-DEC-2005 |
| 0041 | PMNT | WA | 27-DEC-2005 | GR/G | Target | MN /06/058 | 7592 | | | $154.58 | 27-DEC-2005 |
| 0042 | PMNT | WA | 27-DEC-2005 | GR/G | Target | MN /06/058 | 9058 | | | $247.07 | 27-DEC-2005 |
| 0043 | PMNT | WA | 30-DEC-2005 | GR/G | Yvette | MN /06/061 | 10452 | | | $311.40 | 30-DEC-2005 |
| 0044 | PMNT | WA | 12-JAN-2006 | GR/G | TARGET | MN /06/071 | 11964 | | | $98.64 | 12-JAN-2006 |
| 0045 | PMNT | WA | 27-JAN-2006 | GR/G | TARGET | MN /06/080 | 13359 | | | $98.64 | 27-JAN-2006 |
| 0046 | PMNT | WA | 10-FEB-2006 | GR/G | Target | MN /06/091 | 14825 | | | $98.64 | 10-FEB-2006 |
| 0047 | PMNT | WA | 23-FEB-2006 | GR/G | TARGET | MN /06/099 | 16232 | | | $98.64 | 23-FEB-2006 |
| 0048 | PMNT | WA | 10-MAR-2006 | GR/G | TARGET | MN /06/111 | 17788 | | | $98.64 | 10-MAR-2006 |
| 0049 | PMNT | WA | 23-MAR-2006 | GR/G | Target | MN /06/120 | 19214 | | | $98.64 | 23-MAR-2006 |
| 0050 | PMNT | WA | 07-APR-2006 | GR/G | Target | MN /06/131 | 20730 | | | $98.64 | 07-APR-2006 |
| 0051 | PMNT | WA | 21-APR-2006 | GR/G | Target | MN /06/142 | 22215 | | | $98.64 | 21-APR-2006 |
| 0053 | PMNT | WA | 05-MAY-2006 | GR/G | Target | MN /06/150 | 23663 | | | $98.64 | 05-MAY-2006 |
| 0054 | PMNT | WA | 01-JUN-2006 | GR/G | Target | MN /06/168 | 26688 | | | $98.64 | 01-JUN-2006 |

PAYMENT HISTORY REPORT

RUN DATE: 05-JAN-2007 FOR: 2000Z00864/001 

DEBTOR: Butler, Yvette O.

COURT NUMBER: 00-2363 DSD/SRN

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | WA | 15-JUN-2006 | GR/G | Target | MN /06/176 | 28216 | | | $98.64 | 15-JUN-2006 |
| 0056 | PMNT | WA | 30-JUN-2006 | GR/G | Target | MN /06/186 | 29680 | | | $98.64 | 30-JUN-2006 |
| 0057 | PMNT | WA | 19-MAY-2006 | GR/G | Target | MN /06/192 | 25266 | | | $98.64 | 11-JUL-2006 |
| 0059 | PMNT | WA | 14-JUL-2006 | GR/G | Target | MN /06/195 | 31281 | | | $98.64 | 14-JUL-2006 |
| 0060 | PMNT | WA | 27-JUL-2006 | GR/G | Target | MN /06/203 | 32771 | | | $98.64 | 27-JUL-2006 |
| 0061 | PMNT | WA | 11-AUG-2006 | CH/Y | Target | MN /06/212 | 34347 | | | $98.64 | 11-AUG-2006 |
| 0062 | PMNT | WA | 25-AUG-2006 | GR/G | Target | MN /06/222 | 35844 | | | $98.64 | 25-AUG-2006 |
| 0063 | PMNT | WA | 07-SEP-2006 | GR/G | Target | MN /06/230 | 37370 | | | $98.64 | 07-SEP-2006 |
| 0064 | PMNT | WA | 22-SEP-2006 | GR/G | Target | MN /06/239 | 38831 | | | $98.64 | 22-SEP-2006 |
| 0065 | PMNT | WA | 06-OCT-2006 | GR/G | Target | MN /07/006 | 40226 | | | $98.64 | 06-OCT-2006 |
| 0066 | PMNT | WA | 20-OCT-2006 | GR/G | Target | MN /07/016 | 41784 | | | $98.64 | 20-OCT-2006 |
| 0069 | PMNT | WA | 02-NOV-2006 | GR/G | Target | MN /07/024 | 43189 | | | $98.64 | 02-NOV-2006 |
| 0070 | PMNT | WA | 16-NOV-2006 | GR/G | Target | MN /07/032 | 44715 | | | $98.64 | 16-NOV-2006 |
| 0071 | PMNT | WA | 01-DEC-2006 | GR/G | TARGET | MN /07/042 | 46202 | | | $98.64 | 01-DEC-2006 |
| 0072 | PMNT | WA | 14-DEC-2006 | GR/G | TARGET | MN /07/048 | 47744 | | | $43.55 | 14-DEC-2006 |