CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil No. 00-2363 DSD/SRN |
| | ) | |
| YVETTE O. BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on January 10, 2007, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Yvette O. Butler
XXXX
Plymouth, MN 55441

Target Corporation
XXXX
Minneapolis, MN 55403

s/ Muriel Holland
Muriel Holland