# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

[redacted]

**Report Level:** MN

**Report Date:** 04/30/2008

**PAYMENTS**

**CDCS NBR** [redacted] **Name** Butler, Yvette O. **Collect Type** [redacted] **Court Nbr** 00-2363 DSD/SRN **Priority Code** **Scheduled Payment Amount** **Scheduled Payment Date** **Current Liability** [redacted]

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 0036 | PMNT | 08/30/2005 | GR | G | TARGET | MN /05/219 | 137 | | 08/30/2005 | $218.52 |
| 0037 | PMNT | 09/06/2005 | GR | G | TARGET CORP | MN /05/224 | 1570870 | | 09/06/2005 | $629.07 |
| 0039 | PMNT | 12/27/2005 | GR | G | Target | MN /06/058 | 2690 | | 12/27/2005 | $464.86 |
| 0040 | PMNT | 12/27/2005 | GR | G | Target | MN /06/058 | 6889 | | 12/27/2005 | $105.65 |
| 0041 | PMNT | 12/27/2005 | GR | G | Target | MN /06/058 | 7592 | | 12/27/2005 | $154.58 |
| 0042 | PMNT | 12/27/2005 | GR | G | Target | MN /06/058 | 9058 | | 12/27/2005 | $247.07 |
| 0043 | PMNT | 12/30/2005 | GR | G | Yvette | MN /06/061 | 10452 | | 12/30/2005 | $311.40 |
| 0044 | PMNT | 01/12/2006 | GR | G | TARGET | MN /06/071 | 11964 | | 01/12/2006 | $98.64 |
| 0045 | PMNT | 01/27/2006 | GR | G | TARGET | MN /06/080 | 13359 | | 01/27/2006 | $98.64 |
| 0046 | PMNT | 02/10/2006 | GR | G | Target | MN /06/091 | 14825 | | 02/10/2006 | $98.64 |
| 0047 | PMNT | 02/23/2006 | GR | G | TARGET | MN /06/099 | 16232 | | 02/23/2006 | $98.64 |
| 0048 | PMNT | 03/10/2006 | GR | G | TARGET | MN | 17788 | | 03/10/2006 | $98.64 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**Report Date:** 04/30/2008

**CDCS NBR** **Name** Butler, Yvette O. **Collect Type** **Court Nbr** 00-2363 DSD/SRN **Priority Code** **Scheduled Payment Amount** **Scheduled Payment Date** **Current Liability**

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0049 | PMNT | 03/23/2006 | GR | G | Target | /06/111 MN | 19214 | | 03/23/2006 | $98.64 |
| 0050 | PMNT | 04/07/2006 | GR | G | Target | /06/120 MN | 20730 | | 04/07/2006 | $98.64 |
| 0051 | PMNT | 04/21/2006 | GR | G | Target | /06/131 MN | 22215 | | 04/21/2006 | $98.64 |
| 0053 | PMNT | 05/05/2006 | GR | G | Target | /06/142 MN | 23663 | | 05/05/2006 | $98.64 |
| 0054 | PMNT | 06/01/2006 | GR | G | Target | /06/150 MN | 26688 | | 06/01/2006 | $98.64 |
| 0055 | PMNT | 06/15/2006 | GR | G | Target | /06/168 MN | 28216 | | 06/15/2006 | $98.64 |
| 0056 | PMNT | 06/30/2006 | GR | G | Target | /06/176 MN | 29680 | | 06/30/2006 | $98.64 |
| 0057 | PMNT | 05/19/2006 | GR | G | Target | /06/186 MN | 25266 | | 07/11/2006 | $98.64 |
| 0059 | PMNT | 07/14/2006 | GR | G | Target | /06/192 MN | 31281 | | 07/14/2006 | $98.64 |
| 0060 | PMNT | 07/27/2006 | GR | G | Target | /06/195 MN | 32771 | | 07/27/2006 | $98.64 |
| 0061 | PMNT | 08/11/2006 | CH | Y | Target | /06/203 MN | 34347 | | 08/11/2006 | $98.64 |
| 0062 | PMNT | 08/25/2006 | GR | G | Target | /06/212 MN | 35844 | | 08/25/2006 | $98.64 |
| 0063 | PMNT | 09/07/2006 | GR | G | Target | /06/222 MN | 37370 | | 09/07/2006 | $98.64 |
| 0064 | PMNT | 09/22/2006 | GR | G | Target | /06/230 MN | 38831 | | 09/22/2006 | $98.64 |
| 0065 | PMNT | 10/06/2006 | GR | G | Target | /06/239 MN | 40226 | | 10/06/2006 | $98.64 |
| 0066 | PMNT | 10/20/2006 | GR | G | Target | /07/006 MN | 41784 | | 10/20/2006 | $98.64 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**Report Date:** 04/30/2008

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| | Butler, Yvette O. | | 00-2363 DSD/SRN | | | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /07/016 | | | | |
| 0069 | PMNT | 11/02/2006 | GR | G | Target | MN /07/024 | 43189 | | 11/02/2006 | $98.64 |
| 0070 | PMNT | 11/16/2006 | GR | G | Target | MN /07/032 | 44715 | | 11/16/2006 | $98.64 |
| 0071 | PMNT | 12/01/2006 | GR | G | TARGET | MN /07/042 | 46202 | | 12/01/2006 | $98.64 |
| 0072 | PMNT | 12/14/2006 | GR | G | TARGET | MN /07/048 | 47744 | | 12/14/2006 | $43.55 |
| 0074 | PMNT | 01/12/2007 | GR | G | TARGET | MN /07/064 | 50634 | | 01/12/2007 | $98.64 |
| 0075 | PMNT | 01/25/2007 | GR | G | TARGET | MN /07/070 | 52197 | | 01/25/2007 | $98.64 |
| 0076 | PMNT | 02/08/2007 | GR | G | Target | MN /07/078 | 53589 | | 02/08/2007 | $98.64 |
| 0077 | PMNT | 02/22/2007 | GR | G | Target | MN /07/086 | 55009 | | 02/22/2007 | $98.64 |
| 0078 | PMNT | 03/08/2007 | GR | G | Target | MN /07/095 | 56329 | | 03/08/2007 | $98.64 |
| 0079 | PMNT | 03/22/2007 | GR | G | Target | MN /07/102 | 57752 | | 03/22/2007 | $98.64 |
| 0080 | PMNT | 04/05/2007 | GR | G | Target | MN /07/111 | 59115 | | 04/05/2007 | $98.64 |
| 0083 | PMNT | 04/20/2007 | GR | G | Target | MN /07/121 | 60652 | | 04/20/2007 | $98.64 |
| 0084 | PMNT | 05/03/2007 | GR | G | Target | MN /07/129 | 62058 | | 05/03/2007 | $98.64 |
| 0085 | PMNT | 05/17/2007 | GR | G | Target | MN /07/136 | 63515 | | 05/17/2007 | $98.64 |
| 0086 | PMNT | 06/06/2007 | GR | G | Target | MN /07/146 | 65007 | | 06/06/2007 | $98.64 |
| 0087 | PMNT | 06/15/2007 | GR | G | TARGET | MN | 66458 | | 06/15/2007 | $98.64 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN [redacted] **Report Date:** 04/30/2008

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| [redacted] | Butler, Yvette O. | [redacted] | 00-2363 DSD/SRN | | | | [redacted] |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | /07/150 | | | | |
| 0088 | PMNT | 06/29/2007 | GR | G | TARGET | MN /07/157 | 68008 | | 06/29/2007 | $98.64 |
| 0089 | PMNT | 07/13/2007 | GR | G | TARGET | MN /07/164 | 69456 | | 07/13/2007 | $98.64 |
| 0090 | PMNT | 07/27/2007 | GR | G | TARGET | MN /07/170 | 70872 | | 07/27/2007 | $98.64 |
| 0091 | PMNT | 08/09/2007 | GR | G | TARGET | MN /07/178 | 72257 | | 08/09/2007 | $98.64 |
| 0092 | PMNT | 08/23/2007 | GR | G | target | MN /07/187 | 73866 | | 08/23/2007 | $98.64 |
| 0093 | PMNT | 09/06/2007 | GR | G | Target | MN /07/191 | 75301 | | 09/06/2007 | $98.64 |
| 0094 | PMNT | 09/20/2007 | GR | G | Target | MN /07/198 | 76751 | | 09/20/2007 | $98.64 |
| 000097 | PMNT | 10/09/2007 | GR | G | Target | MN200800 1 | 78384 | | 10/16/2007 | $98.64 |
| 000099 | PMNT | 10/18/2007 | GR | G | Target | MN200800 7 | 79879 | | 10/24/2007 | $98.64 |
| 000101 | PMNT | 11/02/2007 | GR | G | Target | MN200801 4 | 81479 | | 11/09/2007 | $98.64 |
| 000105 | PMNT | 11/15/2007 | GR | G | TARGET | MN200801 9 | 83045 | | 11/21/2007 | $98.64 |
| 000108 | PMNT | 11/29/2007 | GR | G | TARGET | MN200802 6 | 84766 | | 12/04/2007 | $98.64 |
| 000110 | PMNT | 12/13/2007 | GR | G | TARGET | MN200803 | 86300 | | 12/19/2007 | $98.64 |

# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

[redacted]

**Report Level:** MN

**Report Date:** 04/30/2008

**CDCS NBR** [redacted] **Name** Butler, Yvette O. **Collect Type** [redacted] **Court Nbr** 00-2363 DSD/SRN **Priority Code** **Scheduled Payment Amount** **Scheduled Payment Date** **Current Liability** [redacted]

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3 | | | | |
| 000114 | PMNT | 12/28/2007 | GR | G | TARGET | MN2008041 | 87789 | | 01/07/2008 | $98.64 |
| 000116 | PMNT | 01/11/2008 | GR | G | Target | MN2008047 | 89527 | | 01/17/2008 | $98.64 |
| 000118 | PMNT | 01/24/2008 | GR | G | Target | MN2008053 | 90839 | | 01/30/2008 | $98.64 |
| 000120 | PMNT | 02/07/2008 | GR | G | Target | MN2008058 | 92145 | | 02/12/2008 | $98.64 |
| 000122 | PMNT | 02/21/2008 | GR | G | Target | MN2008064 | 93709 | | 02/26/2008 | $98.64 |
| 000124 | PMNT | 03/06/2008 | GR | G | Target | MN2008072 | 95083 | | 03/12/2008 | $98.64 |
| 000126 | PMNT | 03/20/2008 | GR | G | Target | MN2008076 | 96509 | | 03/25/2008 | $98.64 |
| 000128 | PMNT | 04/03/2008 | GR | G | Target | MN2008082 | 98100 | | 04/09/2008 | $98.64 |
| 000130 | PMNT | 04/17/2008 | GR | G | Target | MN2008090 | 99513 | | 04/23/2008 | $98.64 |

[redacted] [redacted]