# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YVETTE O. BUTLER,<br><br>Defendant,<br><br>TARGET CORPORATION,<br><br>Garnishee. | ) | Civil No. 00-2363 DSD/SRN |

I hereby certify that on *5/8/2008*, I served, or caused to be served, the following document:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed document with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed document to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Yvette O. Butler
XXXXXXXXX
XXXXXXXXX
Plymouth, MN 55441

Target Corporation
XXXXXXXXX
Minneapolis, MN 55403

*s/C. Ann Dasovich*